UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

                Plaintiff,

-against-

James Fogg,

                Defendant.

---

7:15-MJ-3346(MRG)

**JUDGMENT**

The issues in the above entitled action having been brought on before the Honorable Martin R. Goldberg, United States Magistrate Judge, and the Court thereafter, on November 18, 2015 accepted the defendant's plea of guilty to the charge of Driving While Ability Impaired, in violation of the provisions of New York Vehicle and Traffic Law § 1192.1, in full satisfaction of the Misdemeanor Complaint filed on September 18, 2015, and it is,

ORDERED, ADJUDGED AND DECREED that the defendant James Fogg is sentenced to:

(1) Suspension of driving privileges in New York State for a period of ninety (90) days (twenty (20) day stay to be effective 12/8/2015); and

(2) The defendant shall attend one session of victim impact panel and file a certificate of attendance and completion; and

(3) The defendant shall pay a fine of $300.00 with time to pay White Plains by December 3, 2015 or he is to appear on December 4, 2015 in U.S. District court.

Dated: Sept 8, 2022
Poughkeepsie, N.Y.

SO ORDERED:

_____
Hon. Martin R. Goldberg